AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

SEALED

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Melvin M. Dortch | ) | Case No.   8:26MJ41 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 5, 2026_____ in the county of _____Douglas_____ in the
_____ District of _____Nebraska_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Sgt. Troy Liebe, ATF Task Force Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable
electronic means.

Date:   _____02/07/2026_____

_____
*Judge's signature*

City and state:   _____Omaha, Nebraska_____      RYAN C. CARSON, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

**AFFIDAVIT FOR CRIMINAL COMPLAINT AND ARREST WARRANT**

I, **Troy Liebe,** being first duly sworn, hereby depose and state as follows:

1.      I, Sgt. Troy Liebe, being duly sworn, state that I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), the U.S. Department of Justice for approximately 2 years. I am currently a certified Omaha Police Sergeant for the Omaha, Nebraska Police Department and have been for over 18 years, and a previous Sgt. with the Missouri Valley Iowa Police Department for 8 years. I am currently assigned to the Omaha Police Narcotics Unit Firearms Squad.

2.      I graduated the Omaha Police Department Academy and a certified Nebraska Police Officer in December of 2007. My current duties as a police Sergeant include writing and executing search and arrest warrants for narcotics and weapons violations, which result in felony arrests and federal indictments.  I, Sergeant Liebe have been assigned to several specialized units within the Omaha Police Department, throughout my career.  Those units include, the K-9 Unit, Gang Suppression Unit, Narcotics Unit, Felony Assault/ Field Investigations Unit and currently to the Firearms Squad.  Affiant has attended courses involving serving high risk search warrants, search and seizure, warrant documentation, vehicle searches, criminal interdiction, narcotics trafficking trends, courses in physical surveillance, interviews and interrogations, and other narcotics and gang-related training which are all applicable to Affiant's employment.  Affiant has authored and served no less than dozens of court authorized search warrants.  As the Firearms Squad Sergeant, Affiant is responsible for overseeing follow-up on active criminal

investigations to include, but not limited to prohibited persons in possession of deadly weapons, concealed weapons violations, felony assaults, shots fired incidents, federal firearms violations and officer involved critical incidents.

3.    Affiant Sergeant Liebe has been involved in no less than 500 narcotics related investigations in the past twenty-six years that have encompassed various types of illicit drugs. Affiant Sergeant Liebe is responsible for or has aided in seizing over 10,000 pounds of Marijuana, 30 pounds of Cocaine, over 500 pounds of Methamphetamine, Fentanyl, Heroin, prescription drugs and millions of dollars of illegal US currency. Affiant is familiar with the current trends involving the distribution of illegal narcotics and the manner in which those illegal narcotics are packaged and distributed.

4.    Affiant is familiar with the facts and circumstances described herein and makes this affidavit based upon personal knowledge derived from Affiant's participation in this investigation, conclusions he has reached based upon his training and experience, discussions with other law enforcement personnel familiar with this investigation, and upon information he believes to be reliable from the following sources. Unless otherwise noted, wherever in this affidavit Affiant asserts that a statement was made, the information was provided by a special agent, another law enforcement officer, confidential source, or a source of information (who may have had either direct or hearsay knowledge of the statement) to whom Affiant has spoken or whose reports or statements Affiant has read.

5.    The facts in this affidavit come from my personal observations, my training and experience as a Law Enforcement Officer, and upon the investigation and review of pertinent reports and evidence collected to date. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of a criminal complaint and arrest warrant against

Melvin M. Dortch, date of birth (DOB) XX-XX-1992 ("Dortch"). Affiant has probable cause to believe that Dortch violated federal law on or about February 5, 2026, in that he violated 18 U.S.C. § 922(g)(1) by being a felon in possession of a firearm. This affidavit establishes probable cause of Dortch's commission of this federal offense.

6.      On Thursday, February 5th, 2026, at approximately 5:50 p.m., Omaha Police Department ("OPD") Officers Starks and Stanback were in the area of N. 31st and Hamilton Street in Omaha, Nebraska. While the officers were patrolling, OPD ABLE 1 observed a black Nissan Rogue ("the Rogue") violate a stop sign at N. 31st and Hamilton Street in Omaha, Nebraska. Officers Starks and Stanback caught up to the Rogue and observed that the Rogue's taillights were not on past sunset, but did appear had daytime running lights activated. The officers activated emergency lights and sirens behind the Rogue near N. 30th and Binney Street. The Rogue did not stop, but instead fled and accelerated northbound on N. 30th Street. The officers pulled to the side of the road and declared a vehicle fled non pursuit. ABLE 1 followed the vehicle and at N. 30th Street and Pinkney Street, an object was thrown from the Rogue. OPD officers Kruse and Lee located the object that was thrown from the Rogue. It was described to be a **black Glock, model 27, handgun**, with chambered .40 caliber ammunition. ("the Firearm").

7.      ABLE 1 continued to follow the Rogue to the back alley of 3509 N. 30th Street, Omaha, Nebraska, where the driver (who was the sole occupant of the Rogue) exited the Rogue and ran into a business at 3509 N. 30th Street, Omaha, Nebraska. The driver, who exited the Rogue, was positively identified to be Dortch, Melvin. Law enforcement took Dortch into custody and later booked him into Douglas County Corrections.

8.      Inside the Rogue officers located venue to Dortch, Dortch's Nebraska driver's license, debit card, box of clear sandwich bags, a functional digital scale, approximately $203.00

in cash, and two clear baggies containing an ounce of marijuana each, which is indicative of sales.

9.    Dortch is a convicted felon and has previously been convicted of a crime punishable by greater than one year of imprisonment. On or about June 28, 2016, Dortch was convicted in the United States District Court for the District of Nebraska in case 8:15-CR-265-BCB-MDN of felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). On or about February 14, 2013, Dortch was convicted in the Douglas County, Nebraska District Court of Escape, a Class III Felony, in case CR 12-3658. In 2010, the District Court of Douglas County, Nebraska, in case number Doc. 180 No. 963, Dortch was convicted of Robbery (Class II Felony) and Possession of a Stolen Firearm (Class III Felony).

10.    The Firearm was manufactured outside of the state of Nebraska.

11.    Although Dortch is currently in state custody at Douglas County Corrections located in Omaha, Nebraska, Affiant requests that this criminal complaint and affidavit be filed under seal to ensure the safety of the officers in case Dortch is released from custody prior to executing the arrest warrant.

Task Force Officer
Sgt. Troy Liebe #1972
Omaha Police Department
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

Sworn to before me by telephone or pother reliable electronic means:

Date: February 7, 2026

City and State: Omaha, Nebraska

RYAN C. CARSON
United States Magistrate Judge